SAMUEL McD. RIKER, appellant,

*v.*

MIGNONETTE M. RIKER, respondent.

[Argued June 21st, 1915.   Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Advisory Master John Franklin Fort.

*Messrs. Coult & Smith,* for the appellant.

*Mr. Chauncey G. Parker,* for the respondent.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Advisory Master Fort.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, TAYLOR—12.

*For reversal*—None.